STATE OF NEW JERSEY v. JAMES ELLIOT.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE HAIRSTON.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRYAN PATRICK COYLE.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN HEALY.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JONATHAN COOK.

June 23, 1987.

Petition for certification denied.